IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 16-12 |
| | : | |
| **ERIC KALB** | : | |

**ORDER**

This 21st day of October, 2016, following oral argument, it is hereby **ORDERED**[1] as follows:

1) Defendant's Motion to Dismiss Count One of the Indictment is **GRANTED.**

2) Defendant's Motion to Exclude Evidence of Prior Convictions is **DISMISSED** as moot based upon the Government's response.

3) Defendant's Motion to Suppress any evidence obtained pursuant to the vehicle stop conducted by Norristown Police on September 13, 2014, is **GRANTED,** and the government is precluded from using any evidence obtained pursuant to that stop, and in particular Defendant's statement to Upper Merion Police.

4) Defendant's Motion to Exclude Emergency 911 Call is **DENIED.** The Government may seek admission of the content of the call under the "business records" exception to the hearsay rule, provided that it can lay a proper foundation for the accuracy and reliability of the content of the records at trial.

---

[1] A memorandum explaining each ruling will be issued. This order communicating the Court's conclusions is being entered now because trial is imminent.

5) Defendant's Motion to Limit Case Agent Testimony is **DEFERRED** until trial, where the Government will be requested to make an offer of proof and demonstrate the ability to lay proper foundation for any testimony to be elicited.

                                                                            /s/ Gerald Austin McHugh
                                                         United States District Judge