**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | No. 16-12 |
| | : | |
| **ERIC KALB** | : | |

**MCHUGH, J.**                                                                                              **JANUARY 13, 2017**

### ORDER

This 13th day of January, 2017, it is hereby **ORDERED** that the Government's Motion for Reconsideration (Dkt. 46) of my earlier Order Granting Defendant's Motion to Suppress (Dkt. 36) is **DENIED**.

                                                                                    /s/ Gerald Austin McHugh
                                                                                    United States District Judge