# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 16-0012

ERIC KALB :

## ORDER

This 7th day of June, 2018, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby **ORDERED** that the motion is granted, the indictment is dismissed, and the defendant is discharged of any pretrial conditions of release and of the supervision by United States Pretrial Services.

BY THE COURT:

/s/ Gerald Austin McHugh
GERALD AUSTIN MCHUGH
United States District Judge